UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RYAN HARVEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00077-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 16) |

　　　　On October 5, 2020, the parties filed a stipulation for an extension of time for Defendant Commissioner of Social Security to file a response to Plaintiff Ryan Harvey's opening brief.

　　　　Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant shall file a response to Plaintiff's opening brief on or before November 9, 2020; and

　　　　2.　　Plaintiff's reply, if any, shall be filed on or before November 24, 2020.

IT IS SO ORDERED.

Dated:　__**October 5, 2020**__　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1