UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CLAYTON HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00077-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT<br><br>(ECF No. 19) |

Ryan Clayton Harvey ("Plaintiff") filed this action challenging the final decision of the Commissioner of Social Security's final decision denying his application for Social Security Benefits.  The parties have consented to the jurisdiction of the United States magistrate judge and this matter has been reassigned to the undersigned for all purposes.  (ECF Nos. 8, 9, 20.)  On November 2, 2020, a stipulation for voluntary remand was filed in this action.  (ECF No. 19.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

    1.    This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

    2.    All pending dates and matters are VACATED; and

///

3. Judgment is ENTERED in favor of Plaintiff Ryan Clayton Harvey and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **November 3, 2020**

UNITED STATES MAGISTRATE JUDGE